BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Sapphire Restaurant Group LLC                   §        Case No.:  24–44562–mxm7
                                                §        Chapter No.:  7
                              Debtor(s)         §

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  2/18/25                        FOR THE COURT:
                                       Stephen J Manz, Clerk of Court

                                       by: /s/Marcey D Okafor, Deputy Clerk